UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ISMAEL OCAMPO, <br><br> Defendant. | Case No. 5:15-cv-00982-EJD <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff's Case Management Conference Statement and in light of the pending motion or default judgment (see Docket Item Nos. 14, 15), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for July 16, 2015, is VACATED.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-00982-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE